**Form 752**[Order of Reassignment]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:

    Ashley Marie Shultz

        Debtor(s).

Case No. 10–27040

Chapter 7

## ORDER OF REASSIGNMENT

    Due to the retirement of the Honorable Judith A. Boulden, the Court has reassigned the judge in the above captioned case pursuant to LR 1073–1.

    Pursuant thereto, the Court hereby reassigns the above captioned case, and any associated open adversary proceedings to the Honorable Joel T. Marker.

Dated: July 2, 2010

*William J. Thurman*
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: admin                  Page 1 of 1                  Date Rcvd: Jul 02, 2010
Case: 10-27040                 Form ID: f752                Total Noticed: 9

The following entities were noticed by first class mail on Jul 04, 2010.
db          +Ashley Marie Shultz,    627 E. Smelter Road,    Tooele, UT 84074-1878
tr          +Gary E. Jubber tr,    Fabian & Clendenin,    215 South State Street,    Suite 1200,
              Salt Lake City, UT 84111-2323
ust         +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
              Salt Lake City, UT 84111-3402
7055494     +America First Credit Union,    P.O. Box 9199,    Ogden, UT 84409-0199
7055495     +Capital One,    P.O. Box 85520,    Richmond, VA 23285-5520
7055496     +Express Recovery Services Inc.,    2790 S. Decker Lake Drive,    Salt Lake City, UT 84119-2057
7055497     +Heritagewest Federal Credit Union,    562 N. Main Street,    Tooele, UT 84074-1655
7055498     +Morgan Jewelers,    545 E. 300 S.,    Salt Lake City, UT 84102-4001
7055499     +Receivables Performance,    20818 44th Avenue West,    Lynnwood, WA 98036-7709

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**         **Signature:** _Joseph Speetjens_